**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7447**

———————————

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

     versus

BRYANT ROGER CAIN,

                                Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CR-93-277-WMN, CA-98-2297-WMN)

———————————

Submitted:  March 25, 1999          Decided:  March 30, 1999

———————————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Bryant Roger Cain, Appellant Pro Se.  John Francis Purcell, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bryant Roger Cain seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Cain, Nos. CR-93-277-WMN; CA-98-2297-WMN (D. Md. Aug. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED